**Abatement Order filed January 24, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-01052-CV**

_____

**ANGELINA GAILEY, IN HER CAPACITY AS INDEPENDENT EXECUTRIX OF THE ESTATE OF PATRICK LEE GAILEY, Appellant**

**V.**

**PASQUAL GUTIERREZ, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-78995**

## A B A T E M E N T   O R D E R

This court has been notified that appellant, Angelina Gailey, has petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 10-32826-H2-7.   Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, we have stayed all proceedings in the appeal.   See Tex. R. App. P. 8.2.

For administrative purposes only, and without surrendering jurisdiction, this court orders the cause abated and treated as a closed case. It may be reinstated on motion of any party, or the court may reinstate the appeal on its own motion showing the stay has been lifted and specifying what further action, if any, is required from this court. See Tex. R. App. P. 8.3.


PER CURIAM